

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00254-CV
_____

IN THE INTEREST OF C.A.M., A CHILD

On Appeal from the 64th District Court
Swisher County, Texas
Trial Court No. A-11950-12-11, Honorable Robert W. Kinkaid, Jr., Presiding

December 21, 2016

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, A.M., filed a notice of appeal from an order in a suit to modify the parent-child relationship. The clerk's record was filed on August 30, 2016, and the reporter's record was filed on September 8, 2016. Appellant's brief was, therefore, due on October 10, 2016, but was not filed. This Court later granted appellant four extensions to file his brief. By letter dated December 2, 2016, the Clerk of this Court notified appellant that failure to file his brief on or before December 15, 2016, would result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief or responded to the Clerk's letter.

Accordingly, we now dismiss this appeal for want of prosecution and failure to comply with a notice from the Clerk of this Court requiring action within a specified time. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

Per Curiam